# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.      CV 11-1346-AJW                          Date: March 22,  2011

Title:  JAIME BARRAGAN VS. CACV OF COLORADO LLC, ET AL.

Present: The
 Honorable     ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | N/A | n/a |
|---|---|---|
| Deputy Clerk | Court Smart Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s):: |
|---|---|
| Not present | Not present |

**Proceedings:**          ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
PROSECUTION

Plaintiff is ordered to show cause in writing no later than April 6, 2011, why this action should not be
dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before
the above date:

- Answer by the defendant or plaintiff's request for entry of default as to CACV of
  Colorado LLC .

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral
argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted
upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order
may result in the dismissal of the action.

cc:  Parties

                                                                        :
                                              Initials of Preparer    yb